**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOLENE HUNT, | ) | 3:10-CV-0350-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 18, 2010 |
| DOROTHY MARTIN, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for enlargement of time to file answer or present defenses (#3) is **GRANTED**.  Defendants shall have to and including **Wednesday, July 28, 2010** to file an answer or other response to plaintiff's complaint.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
              Deputy Clerk