AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOLENE HUNT

       Plaintiff,
V.

DOROTHY MARTIN, individually and in her Official capacity as Division Chief of the State of Nevada Department of Transportation; and STATE OF NEVADA, ex rel. its Department of Transportation,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00350-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#25) is **GRANTED** in its entirety.

  July 22, 2011                                  **LANCE S. WILSON**
                                                      Clerk

                                                 /s/ D. R. Morgan
                                                    Deputy Clerk